PER CURIAM.
 

 In the circuit court, the state’s response to a pro se emergency petition for writ of habeas corpus included a request for the issuance of an order prohibiting appellant from filing any further pro se pleadings in the case, pursuant to
 
 State v. Spencer,
 
 751 So.2d 47 (Fla.1999). Ultimately, the circuit court granted the state’s motion for a
 
 Spencer
 
 order. Appellant failed to respond to an order to show cause on the
 
 Spencer
 
 issue because he did not receive it; he established this fact through a prison log of mail received at the relevant time. As the state concedes,
 
 Spencer
 
 requires notice and a reasonable opportunity to respond before a
 
 Spencer
 
 order issues. We reverse the
 
 Spencer
 
 order and remand to the circuit court where appellant shall be given an opportunity to be heard on the
 
 Spencer
 
 issue.
 

 GROSS, C.J., MAY and DAMOORGIAN, JJ., concur.